\*\*E-filed on 3/2/09\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGINALD BURGESS,<br><br>               Plaintiff,<br><br>    v.<br><br>JASON FORBES, et al.<br><br>               Defendants. | Case Number C 09-629 JF (HRL)<br><br>ORDER[1] GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE ELECTRONICALLY; AND ADDRESSING PLAINTIFF'S EMERGENCY EX PARTE SUPPLEMENT TO MOTION FOR TRO AND DECLARATION IN SUPPORT<br><br>[re: document nos. 11, 13, 14] |

    Plaintiff's ex parte motion for leave to file electronically is GRANTED.

    With respect to Plaintiff's Emergency Ex Parte Supplement to his motion for TRO, and declaration in support, the Court denied the application for TRO on the ground that there does not appear to be federal subject matter jurisdiction. The Court also noted that any injury arising out of the transaction would be compensable by money damages. Plaintiff's latest filings do not

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 09-629 JF (HRL)
ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE ELECTRONICALLY ETC.
(JFLC2)

1 | alter this analysis.  Accordingly, to the extent that Plaintiff is seeking reconsideration of the
2 | Court's denial of his application for TRO, Plaintiff's request is DENIED.
3 |     IT IS SO ORDERED.

5 | DATED:  3/2/09

                                              JEREMY FOGEL
                                              United States District Judge

1  This Order was served upon the following persons:

3  Plaintiff *pro se*:

4  Reginald P. Burgess
1339 E. Katella Ave, #164
5  Orange, CA 92867-5204

3

Case No. C 09-629 JF (HRL)
ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE ELECTRONICALLY ETC.
(JFLC2)