**E-Filed 5/29/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGINALD P. BURGESS,<br><br>            Plaintiff,<br><br>      v.<br><br>JASON FORBES, et al.,<br><br>            Defendants. | Case Number C 09-629 JF (HRL)<br><br>ORDER[1] DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE; AND DENYING PLAINTIFF'S *EX PARTE* MOTION FOR COSTS |

On April 20, 2009, the Court issued an order that, *inter alia*, declined to reconsider its denial of Plaintiff's motion for leave to proceed *in forma pauperis* and directed Plaintiff to pay the filing fee within thirty days. The Court cautioned Plaintiff that failure to pay the filing fee within the time provided would result in dismissal of the action without prejudice. Plaintiff has failed to pay the filing fee, and his thirty-day deadline to do so has expired. Accordingly, the action is hereby DISMISSED WITHOUT PREJUDICE.

In light of this disposition of the action, Plaintiff's *ex parte* motion for costs [docket no. 35] is DENIED.

---

[1] This disposition is not designated for publication in the official reports.

1  IT IS SO ORDERED.

14 DATED: 5/29/09

_____
JEREMY FOGEL
United States District Judge

Copies of Order served on:

Andrew Terry Caulfield    andrew.caulfield@hklaw.com, beverley.huppert@hklaw.com, robert.jimenez@hklaw.com

Reginald P. Burgess
1339 Katella Avenue #164
Orange, CA 92867-5204