\*\*E-Filed 5/29/09\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGINALD P. BURGESS, | Case Number C 09-629 JF (HRL) |
| Plaintiff, | JUDGMENT |
| v. | |
| JASON FORBES, et al., | |
| Defendants. | |

The Court having dismissed the action,

Judgement is hereby entered for Defendants and against Plaintiff.

DATED: 5/29/09

_____
JEREMY FOGEL
United States District Judge

1 | Copies of Judgment served on:
2 |
3 | Andrew Terry Caulfield    andrew.caulfield@hklaw.com, beverley.huppert@hklaw.com, robert.jimenez@hklaw.com
4 |
5 | Reginald P. Burgess
1339 Katella Avenue #164
Orange, CA 92867-5204

2

Case No. C 09-629 JF (HRL)
JUDGMENT
(JFLC2)